# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

162733(74)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOSHUA MALACHI PACE,
        Defendant-Appellant.

_____/

SC: 162733
COA: 350079
Wayne CC: 17-011011-FC

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The supplement submitted on March 16, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk